# UNITED STATES DISTRICT COURT
for the

District of NEVADA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:18-mj-00472-VCF |
| | ) | |
| JOSHUA RAY CAMPBELL | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George U.S. Courthouse<br>333 Las Vegas Blvd., So.<br>Las Vegas, NV 89101 | Courtroom No.: | 3D |
|---|---|---|---|
| | | Date and Time: | 05/04/2018 at 03:00 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: May 3, 2018

*Judge's signature*

CAM FERENBACH, U.S. Magistrate Judge

*Printed name and title*

___FILED ___RECEIVED
___ENTERED ___SERVED ON
COUNSEL/PARTIES OF RECORD

MAY - 3 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY