# UNITED STATES DISTRICT COURT
for the

District of NEVADA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 2:18-mj-00472-VCF |
| JOSHUA RAY CAMPBELL | ) | |
| | ) | Charging District: Western District of Oklahoma |
| *Defendant* | ) | Charging District's Case No. CR-18-49R |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | U.S. District Court - Western District of Oklahoma 200 NW 4th St. Oklahoma City, OK 73102 | Courtroom No.: AS ORDERED |
|---|---|---|
| | | Date and Time: 05/14/2018 at 3:00 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: May 4, 2018

*Judge's signature*

CAM FERENBACH, U.S. MAGISTRATE JUDGE
*Printed name and title*

**Defendant is ORDERED to report to the U.S. Marshal office at the courthouse by noon on 5/14/18

FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY - 4 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY